CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7298
  Facsimile: (415) 436-6748
  Molly.Friend@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SAWSSEN DOUGAZ,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>   Defendants. | Case No. 4:25-cv-05476 ASK<br><br>**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

  The parties, through their attorneys, submit this joint status report in response to the Court's Order of January 5, 2026 (Dkt. 19) and apologize for the delay in providing a timely update. This matter was brought in relation to Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On November 10, 2025, the Court granted the parties' request to stay proceedings until December 12, 2025, or until Congress restored appropriations to the Department of Justice. Dkt. No. 18. On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed December 30, 2025).

  Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stipulation
C 4:25-cv-05476 ASK       1

April 6, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 12, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly Friend
MOLLY FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated:  January 12, 2026

/s/ Maisoun Y. Sulfab
MAISOUN Y. SULFAB
Sulfab Law Office
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until April 6, 2026.

Date: 1/21/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge and Duty Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.